**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE  MARCIA S. KRIEGER**

| | | |
|---|---|---|
| Courtroom Deputy: | Robert R. Keech | Date:  December 23, 2013 |
| Court Reporter: | Therese Lindblom | |
| Probation Officer: | Walter Vanni | |
| Interpreter: | N/A | |

Criminal Action No.  **12-cr-00020-MSK**

*Parties*:                                                             *Counsel Appearing*:

UNITED STATES OF AMERICA,                 Alecia Riewerts Wolak

       Plaintiff,

v.

**1.  CHRISTOPHER ALLEN HOUSE**,           Daniel J. Sears

       Defendant.

## COURTROOM MINUTES

**Supervised Release Violation Hearing**

**9:06 a.m.     Court in session**.

Defendant present, in custody.

The Court confirms that the Government and the defendant and defense counsel have had adequate time to review and consider the petition and all of its attachments.  The Government reviews the charged violation(s) with the defendant.

Defendant admits alleged violations 1, 2, and 3.

**ORDER:**     Government's Motion for Protective Order [ECF Doc. No. 52], filed December 12, 2013, is **DENIED AS MOOT.**

**ORDER:**     Defendant's Motion for Leave to Restrict Document [ECF Doc. No. 49], filed December 11, 2013, is **DENIED AS MOOT.**

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

**ORDER:**   Defendant's Motion for Leave to Restrict Document [ECF Doc. No. 45], filed November 29, 2013, is **DENIED AS MOOT.**

The parties **do not** dispute the facts contained in the supervised release violation report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original supervised release violation report.

The parties **do not** request departure.

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by: Defense counsel, counsel for the Government, and by the defendant.

After consideration of the provisions of 18 U.S.C. § 3553 (a), the Court announces the sentence it intends to impose. Counsel are offered the opportunity for further argument. No further argument.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:**   Supervised release is **REVOKED.**

**ORDER:**   Defendant is sentenced to a term of incarceration of **5 years** to be followed by a term of **10 years** on supervised release.

**ORDER:**   The recommended conditions on supervised release are adopted by the Court and will become conditions on supervised release when supervised release is reimposed.

Defendant is advised of his right to appeal.

**ORDER:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**9:37 a.m.     Court in recess.**
**Total Time:   :31**
**Hearing concluded.**